**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

**In re:**

**BAY AREA HEALTH, LLC**                    Case No. 8:20-bk-03758-CPM
                                            Chapter 7

    **Debtor(s)**
_____/

## AFFIDAVIT IN SUPPORT OF MOTION FOR RELIEF FROM STAY

STATE OF FLORIDA            )
                            )
COUNTY OF MIAMI-DADE        )

    BEFORE ME, the undersigned authority personally appeared AVI KAUFMAN, who is personally known to me, who did take an oath and who deposes and says:

    1.    My name is Avi Kaufman, and I am an attorney representing the plaintiff in *Abramson, et. al. v. Federal Insurance Company, et. al.*, case no. 8:19-cv-02523-TPB-AAS, pending in the Middle District of Florida.

    2.    It is my sincere and informed belief that the Debtor, Bay Area Health LLC, has documents and information that are highly relevant to the claims set forth by the plaintiff in that matter.

    3.    I am unable to proceed in seeking judgment against Federal Insurance or XenCall in that action without seeking the necessary discovery from Debtor.

    4.    I verify, under penalty of perjury, that the foregoing is true and correct.

**FURTHER AFFIANT SAYETH NOT.**

_____
AVI KAUFMAN

SWORN TO AND SUBSCRIBED before me on this 18th day of June, 2020.

_____
Notary Public Michael L. Fridman
My Commission Expires: 10/30/22

[SEAL]

MICHAEL LEONARD FRIDMAN
State of Florida-Notary Public
Commission # GG 272760
My Commission Expires
October 30, 2022