**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**www.flmb.uscourts.gov**

**In re:**

**BAY AREA HEALTH, LLC**  Case No. 8:20-bk-03758-CPM
  Chapter 7

  **Debtor(s)**
_____/

**AMENDED PROOF OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the Motion for Relief from Stay ("Motion")(Doc.No.6) has been furnished by regular U.S. Mail, postage prepaid or electronically this June 26, 2020, to:

Buddy D. Ford, Esq.
All@TampaEsq.com
Buddy@TampaEsq.com
Counsel for Debtor

Bay Area Health, LLC
6213 State Road 54
New Port Richey, FL 34653

*Trustee*
Richard M Dauval
P.O. Box 13607
St. Petersburg, FL 33733-3607
727-327-3328

*U.S. Trustee*
United States Trustee - TPA7/13
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602
813-228-2000

/s/ *Christie D. Arkovich, Esq*_____
Christie D. Arkovich, Esq.
Florida Bar No. 963690
Barbara C. Leon, Esq.
Florida Bar No. 582115
Primary E-mail:
barbara@christiearkovich.com
Service email:  cdalaw@christiearkovich.com
CHRISTIE D. ARKOVICH, P.A.
1520 W. Cleveland St.

Tampa, Florida 33606
(813) 258-2808
(813) 258-5911 (Facsimile)
Attorneys for Debtor(s)