UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

07/28/2020 09:30 AM

COURTROOM 8B

HONORABLE CATHERINE MCEWEN

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **8:20-bk-03758-CPM** | **7** | **05/14/2020** |

**Chapter 7**

**DEBTOR:** Bay Area Health, LLC

**DEBTOR ATTY:** **Buddy Ford**

**TRUSTEE:** **Richard Dauval**

**HEARING:**

Motion for Relief from Stay. Re: Discovery. Filed by Christie D Arkovich on behalf of Creditor Stewart Abramson (Doc #6)

**APPEARANCES:**:
HEATHER REEL; BARBARA LEON; GREGORY STROCK..

**RULING:**
Motion for Relief from Stay. Re: Discovery. Filed by Christie D Arkovich on behalf of Creditor Stewart Abramson (Doc #6)..
GRANTED..ORDER BY LEON..
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.